```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Sarah Dydo

    v.

                                      Case No. 18-cv-135-PB

Manchester Housing and Redevelopment Authority, Inc.


## JUDGMENT

    In accordance with the following, judgment is hereby entered:

      1. Oral Order by Judge Paul Barbadoro dated April 12, 2019;

        and

      2. Endorsed Order by Judge Paul Barbadoro dated June 18, 2019.

    The prevailing party may recover costs consistent with Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920.

                                            By the Court:

                                            Daniel J. Lynch
                                            Clerk of Court

Date: June 18, 2019

cc: Counsel of Record